# United States Bankruptcy Court
## Western District of Texas

In re **Alan Offenbaker** Case No. **20-50399**
Debtor(s) Chapter **7**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **February 28   2020**, a copy of **Motion for Admission pro hac vice** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Alan Offenbaker
PO Box 902
Helotes, TX 78023

Steve H. Mazer
Texas RioGrande Legal Aid, Inc.
1331 Texas Ave.
El Paso, TX 79901

Amy Clark
Texas RioGrande Legal Aid, Inc.
4920  I-35
Austin, TX 78751

Johnny W. Thomas,
St. Paul Square
1153 E. Commerce
San Antonio, TX 78205

United States Trustee
PO Box 1539
San Antonio, TX 78254

United States Trustee Region 7
515 Rusk St. Ste. 3516
Houston, TX 77002

s/Steve H. Mazer
**Steve H. Mazer pro hac vice, application pending**
**Texas RioGrande Legal Aid, Inc.**
**4920 N. I-35**
**Austin, TX 78751**
**(915) 585-5100Fax:(915) 544-3789**
**smazer@trla.org**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy