**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 11, 2020.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | |
| ALAN OFFENBAKER | § § | CASE NO. 20-50399-CAG |
| 20-50399-CAG | § § § | CHAPTER 7 |
| CHAPTER 7 | § § | |

ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL OF CASE
IN ORDER TO FILE THE
"DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS,
STATEMENTS AND SCHEDULES

Before the court is debtor's motion to reconsider the dismissal of his bankruptcy case for in order to file the declaration for electronic filing of bankruptcy petition lists statements and schedules in the above styled in number

Order Granting Debtor's motion to reconsider dismissal of Case
in order to file the
"Declaration for electronic filing of bankruptcy petition, lists, statements and schedules"

Page 1 of 2

case. The motion asserts that it was excusable neglect of debtor's counsel which resulted in the failure to file the declaration for electronic filing. Having reviewed the motion and case filings, the court has determined that the interests of justice would be served by reconsidering dismissal.

IT IS THEREFORE ORDERED THAT UPON entry of this order the case shall no longer be dismissed.

IT IS FURTHER ORDERED that Alan Offenbaker shall file the Declaration for electronic filing within seven (7) days of entry of this order.

# # #

TEXAS RIOGRANDE LEGAL AID

*/s/ Amy E. Clark*

Amy E. Clark
State of Texas Bar Number: 24043761
4920 N. IH-35
Austin, Texas 78752
Phone: 512-374-2782
Fax: 512-447-3940
aclark@trla.org

*Attorneys for Debtor*

Order Granting Debtor's motion to reconsider dismissal of Case
in order to file the
"Declaration for electronic filing of bankruptcy petition, lists, statements and schedules"

Page 2 of 2